| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Huvelle, Ellen S. | 2. Court or Organization US District Court for the District of Columbia | 3. Date of Report 09/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge - active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 333 Constitution Avenue NW Washington DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boston College Law School Board of Overseers |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Senior Counsel in Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | 2/18/2012 - 2/19/2013 | Charlottesville, VA | Moot Court | Transportation, hotel, food |
| 2. | NY Intellectual Property Association | 3/23/2012 - 3/24/2012 | New York, NY | Dinner for federal judiciary hosted by professional association | Transportation, hotel, food |
| 3. | Boston College Law School | 5/2/2012-5/4/2012 | Boston, MA | Meeting of Board of Trustees | Transportation, hotel, food |
| 4. | Federal Bar Association, Tampa Chapter | 5/24/2012-5/25/2012 | Tampa Bay, FL | Sentencing conference | Transportation, hotel, food |
| 5. | American Bar Association, CEELI Institute | 12/1/2012-12/6/2012 | Tunis, Tunisia | Teaching Tunisian Judges | Transportation, hotel, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust (Y) | | | | | | | | | |
| 2. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | J | T | | | | | |
| 3. America Online (Y) | | | | | | | | | |
| 4. Alliance Bernstein Int'l Value | | None | | | Sold | 11/19/12 | K | | |
| 5. AllianceBernstein Small CP Value C | | None | | | Sold | 11/19/12 | J | | |
| 6. Cambria Global Tactical | C | Dividend | M | T | Buy | 11/15/12 | M | | |
| 7. CSX Corp | A | Dividend | K | T | | | | | |
| 8. DC Ballpark 5% due 2/22 | C | Interest | M | T | | | | | |
| 9. Diamond Hill Long-Short | | None | | | Sold | 11/19/12 | K | B | |
| 10. Eaton Vance Parametric Structured EM | | None | | | Sold | 11/19/12 | L | | |
| 11. EMC | | None | J | T | | | | | |
| 12. Facebook | | None | | | Buy | 5/17/12 | J | | |
| 13. | | | | | Sold | 10/31/12 | J | | |
| 14. FEDEX Corp | A | Dividend | | | Sold | 10/31/12 | J | A | |
| 15. Franklin Hi Yield Tx Fr C | B | Interest | | | Sold | 11/19/12 | K | C | |
| 16. Franklin Utilities C | A | Dividend | | | Sold | 11/19/12 | K | A | |
| 17. Hussman Strategic Growth | B | Dividend | M | T | Buy | 12/19/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp | A | Dividend | | | Buy | 5/8/12 | J | | |
| 19. | | | | | Sold | 10/31/12 | J | | |
| 20. INVESCO Developing Markets | A | Dividend | | | Sold | 11/19/12 | K | B | |
| 21. INVESCO Intl Growth | A | Dividend | L | T | Sold (part) | 11/19/12 | J | A | |
| 22. iShares 2017 S&P AMT-FREE | A | Interest | K | T | | | | | |
| 23. iShares Barclays 1-3 Yr Treasury Bd | A | Dividend | | | Sold | 11/19/12 | M | A | |
| 24. iShares Dj US Healthcare Shares | A | Dividend | K | T | | | | | |
| 25. iShares MSCI Brazil | A | Dividend | | | Sold | 11/19/12 | J | | |
| 26. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 27. iShares Sm Cap 600 Growth | A | Dividend | K | T | | | | | |
| 28. Johnson & Johnson | A | Dividend | | | Sold | 10/31/12 | K | A | |
| 29. JPMorgan Chase | A | Dividend | | | Buy | 03/19/12 | J | | |
| 30. | | | | | Sold | 10/31/12 | J | | |
| 31. Market Vectors Gold Miners | A | Dividend | K | T | | | | | |
| 32. MFS New Discovery | | None | | | Sold | 11/19/12 | K | | |
| 33. MFS Muni Bond | B | Int./Div. | | | Sold | 11/19/12 | L | D | |
| 34. MFS Utilities | A | Dividend | | | Sold | 11/19/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Montgomery Co. MD 5.0% 10/01/12 | B | Interest | | | Matured | 10/1/12 | K | | |
| 36. M S Limited Duration US Gov't Tr | B | Dividend | | | Sold | 11/19/12 | M | | |
| 37. Nuance | | None | K | T | | | | | |
| 38. Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 39. Oppenheimer Rochester | B | Int./Div. | | | Sold | 11/19/12 | K | B | |
| 40. Oracle Corp | A | Dividend | L | T | | | | | |
| 41. Pepsico Inc NC | A | Dividend | K | T | | | | | |
| 42. Powershares Wilderhill Progressive Energy | A | Dividend | | | Sold | 11/19/12 | J | | |
| 43. Schlumberger | A | Dividend | J | T | | | | | |
| 44. Schwab Government Securities | A | Dividend | O | T | Buy | 11/19/12 | O | | |
| 45. SPDRs S & P 500 Fd ETF | B | Dividend | M | T | Buy | 10/31/12 | M | | |
| 46. Taiwan Semiconductr | A | Dividend | | | Buy | 03/19/12 | K | | |
| 47. | | | | | Sold | 10/31/12 | K | A | |
| 48. Templeton Globabl Bond - | B | Dividend | | | Sold | 11/19/12 | K | A | |
| 49. Time Warner Cable | A | Dividend | K | T | | | | | |
| 50. Time Warner | A | Dividend | | | Sold | 10/31/12 | J | A | |
| 51. Utilities Sel Sect SPDR | A | Dividend | | | Sold | 11/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard High Dividend Yield | B | Dividend | M | T | Buy | 11/19/12 | M | | |
| 53. Vanguard Inter-Term Tax-Exempt Adm | B | Dividend | O | T | Buy | 11/15/12 | O | | |
| 54. Vanguard Ltd Term Tax-Exempt Adm | A | Dividend | M | T | Buy | 11/19/12 | M | | |
| 55. Walgreen Co | A | Dividend | | | Sold | 3/2/12 | J | | |
| 56. Yum Brands (X) | A | Dividend | K | T | | | | | |
| 57. IRA #2 Charles Schwab (H) | D | Dividend | P1 | T | | | | | |
| 58. -Abbott Laboratories | | | | | Sold | 12/10/12 | J | B | |
| 59. | | | | | Buy | 12/17/12 | J | | |
| 60. -Arbitrage Fds Cl 1 | | | | | Buy | 12/10/12 | M | | |
| 61. -Cap Protected Notes on S&P 500 Index | | | | | Sold | 11/1/12 | L | E | |
| 62. -DWS Commodity Securities | | | | | Buy | 12/10/12 | M | | |
| 63. -iShares Barclays TIPS Bond Fund | | | | | | | | | |
| 64. -iShares iBoxx Corp Bond Fund | | | | | Buy | 12/10/12 | L | | |
| 65. | | | | | Sold | 12/10/12 | K | B | |
| 66. -iShares Msc 1 EAFE | | | | | Sold | 12/10/12 | J | | |
| 67. -iShares S&P Growth | | | | | Sold | 12/10/12 | M | E | |
| 68. -iShares S&P Value | | | | | Sold | 12/10/12 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -iShaes Small Cap Growth | | | | | Sold | 12/10/12 | L | E | |
| 70. -PIMCO High Yield | | | | | Buy | 12/10/12 | M | | |
| 71. -PIMCO Total Return | | | | | Buy | 11/15/12 | M | | |
| 72. -Principal Protected Notes | | | | | Sold | 12/17/12 | K | C | |
| 73. -Schwab Government Securities | | | | | Buy | 12/10/12 | K | | |
| 74. -Templeton Income Global Bond adv | | | | | Buy | 12/10/12 | K | | |
| 75. -Under Armour | | | | | Sold | 12/10/12 | K | E | |
| 76. | | | | | Buy | 12/17/12 | K | | |
| 77. -Vanguard Extended Market Index | | | | | Buy | 12/10/12 | M | | |
| 78. -Vanguard FTSE Emerging Markets | | | | | Buy | 12/10/12 | M | | |
| 79. -Vanguard REIT ETF | | | | | Buy | 11/15/12 | L | | |
| 80. -Vanguard Short-Term Investment-Grade | | | | | Buy | 12/10/12 | L | | |
| 81. -Morgan Stanley Limited Duration | | | | | Sold | 12/10/12 | M | | |
| 82. -AllianceBernstein Global Bond | | | | | Sold | 12/10/12 | K | A | |
| 83. -Investment Company of America | | | | | Sold | 12/10/12 | L | D | |
| 84. -Calvert Large Growth | | | | | Sold | 12/10/12 | K | | |
| 85. -Delaware Small Cap Value | | | | | Sold | 12/10/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Eaton Vance Large Value Fund | | | | | Sold | 12/10/12 | K | | |
| 87. -Goldman Sachs Small Value | | | | | Sold | 12/10/12 | K | A | |
| 88. - INVESCO Comstock Developing Markets | | | | | Sold | 12/10/12 | K | C | |
| 89. -Ivy Asset Strategies | | | | | Sold | 12/10/12 | K | C | |
| 90. -MFS Emerging Markets Debt | | | | | Sold | 12/10/12 | K | C | |
| 91. -MFS Value | | | | | Sold | 12/10/12 | L | D | |
| 92. -Sentinel Small Company | | | | | Sold | 12/10/12 | L | B | |
| 93. Active Assets Tax Free | A | Interest | O | T | | | | | |
| 94. Allianz NFJ Div. Value | A | Dividend | L | T | | | | | |
| 95. AmCap | | None | K | T | | | | | |
| 96. Apple Computer | A | Dividend | L | T | Buy (add'l) | 3/22/12 | K | | |
| 97. Delaware Emerging Markets | | None | | | Sold | 11/26/12 | K | A | |
| 98. Diamond Hill Small Cap | | None | | | Sold | 11/26/12 | M | D | |
| 99. ExxonMobil | C | Dividend | M | T | | | | | |
| 100. Franklin Small Midcap Growth | | None | L | T | | | | | |
| 101. General Electric | C | Dividend | M | T | | | | | |
| 102. Henderson International Opportunties - | | None | | | Sold | 11/26/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IBM | A | Dividend | K | T | | | | | |
| 104. INVESCO Diversified Dividend | B | Dividend | L | T | | | | | |
| 105. INVESCO Developing Markets | A | Dividend | K | T | | | | | |
| 106. iShares iBoxx Invest Grade Corp Bond Fd | A | Dividend | M | T | Buy | 12/19/12 | L | | |
| 107. iShares MSCI EAFE | A | Dividend | M | T | Buy (add'l) | 11/26/12 | M | | |
| 108. iShares Morningstar Large Value | C | Dividend | M | T | | | | | |
| 109. iShares Morningstar Mid Value | C | Dividend | M | T | | | | | |
| 110. iShares S&P 500 Growth | B | Dividend | L | T | | | | | |
| 111. iShares S/T Munis | A | Int./Div. | | | Sold | 10/31/12 | L | | |
| 112. iShares Small Cap Growth | A | Dividend | K | T | | | | | |
| 113. iShares S&P Natl Mun Bd Fd | B | Int./Div. | M | T | | | | | |
| 114. Loomis Sayles Fds I Global Bond Inst | A | Dividend | M | T | Buy | 11/15/12 | M | | |
| 115. MFS Internatonal Value | | None | | | Sold | 11/26/12 | K | B | |
| 116. Lincoln National American Legacy | | None | | | Distributed | 10/26/12 | M | | |
| 117. Neustar CLA A | | None | K | T | | | | | |
| 118. New York GO 3% due 2/12 | B | Interest | | | Matured | 2/15/12 | L | | |
| 119. Nuance | | None | | | Merged (with line 37) | 09/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 20

Name of Person Reporting

Huvelle, Ellen S.

Date of Report

09/25/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 121. Osceola 5% of 6/15 | D | Interest | M | T | | | | | |
| 122. Prudential Jennison Small Company | A | Dividend | L | T | | | | | |
| 123. Schwab Government Securities | A | Dividend | N | T | Buy | 08/30/12 | N | | |
| 124. Sentinel Short Term Government | C | Dividend | | | Sold | 11/26/12 | M | | |
| 125. SPDRs S&P 500Fd ETF | B | Dividend | M | T | Buy | 11/26/12 | M | | |
| 126. Thornburg Int Muni Natl | A | Int./Div. | | | Sold | 11/26/12 | M | D | |
| 127. Vanguard High Dividend Yield | | None | M | T | Buy | 10/31/12 | M | | |
| 128. Vanguard Inter-Term Tax-Exempt Adm | B | Dividend | N | T | Buy | 11/26/12 | N | | |
| 129. Vanguard FTSE Emerging Markets ETF | B | Dividend | M | T | Buy | 11/26/12 | M | | |
| 130. IRA #1 | A | Int./Div. | M | T | | | | | |
| 131. -Morgan Stanley Bank/Liquid Asset Fund (Y) | | | | | | | | | |
| 132. -Delaware Small Cap Value Fund | | | | | Sold | 11/19/12 | L | E | |
| 133. -PIMCO Total Return | | | | | Buy | 11/19/12 | K | | |
| 134. -Harbor Capital Appreciation | | | | | Buy | 11/19/12 | L | | |
| 135. C&B -- Defined Benefit Plan | C | Int./Div. | | | Closed | 09/24/12 | M | | |
| 136. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 138.  Winslow Green Mutual Fund | | None | | | Sold | 1/5/12 | J | | |
| 139.  Retirement Account (H) | E | Int./Div. | K | T | | | | | |
| 140.  -Dodge & Cox | | | | | Sold | 09/24/12 | M | D | |
| 141.  -American Funds Growth Fund of Am (Y) | | | | | | | | | |
| 142.  -JPMorgan Large Cap Growth R5 | | | | | Sold | 09/24/12 | M | D | |
| 143.  -Lazard Emerging Mkts | | | | | Buy (add'l) | 01/04/12 | J | | |
| 144. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 145. | | | | | Buy (add'l) | 04/03/12 | J | | |
| 146. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 147. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 148. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 149. | | | | | Sold | 09/24/12 | N | E | |
| 150. | | | | | Buy (add'l) | 10/01/12 | K | | |
| 151.  -PIMCO Total Return | | | | | Buy (add'l) | 1/4/12 | J | | |
| 152. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 153. | | | | | Buy (add'l) | 3/2/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 4/3/12 | J | | |
| 155. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 156. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 157. | | | | | Buy (add'l) | 7/3/12 | J | | |
| 158. | | | | | Sold | 9/24/12 | N | D | |
| 159. | | | | | Buy | 10/1/12 | K | | |
| 160. -Schwab Pooled Stable Value | | | | | Sold | 9/24/12 | O | C | |
| 161. -Schwab US Treasury Money Market (X) | | | | | | | | | |
| 162. -Thornburg International Equity Fund | | | | | Sold | 9/24/12 | M | D | |
| 163. -Vanguard Institutional Index Instl | | | | | Sold | 9/24/12 | M | D | |
| 164. -Vanguard Extended Market Idx Instl | | | | | Sold | 9/24/12 | L | C | |
| 165. Retirement Account-IRA #3 (H) (X) | B | Dividend | P1 | T | | | | | |
| 166. -Aberdeen Equity Long Short Fund | | | | | Buy (add'l) | 1/12/12 | J | | |
| 167. | | | | | Sold | 12/3/12 | K | B | |
| 168. -Absolute Strategies Inst | | | | | Buy (add'l) | 1/12/12 | J | | |
| 169. | | | | | Sold | 12/3/12 | L | B | |
| 170. -Arbitrage Fds Cl I | | | | | Buy | 11/15/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Blackrock Equity Dividend Fd | | | | | Buy (add'l) | 1/12/12 | J | | |
| 172. | | | | | Sold | 12/3/12 | L | D | |
| 173. -Blackrock Global Div Income Port | | | | | Buy (add'l) | 01/12/12 | J | | |
| 174. | | | | | Sold | 12/3/12 | L | D | |
| 175. -Cambria Global Tactical ETF | | | | | Buy | 12/3/12 | M | | |
| 176. -Columbia Acorn Class Z | | | | | Buy (add'l) | 01/12/12 | J | | |
| 177. | | | | | Sold | 12/3/12 | K | C | |
| 178. -DWS Commodity Securities Inst | | | | | Buy | 10/31/12 | L | | |
| 179. -Eaton Vance Atlanta Cap Smid Cap Fd | | | | | Buy (add'l) | 1/17/12 | J | | |
| 180. | | | | | Sold | 12/3/12 | K | D | |
| 181. -Federated Strategic Value Dividend | | | | | Sold | 12/3/12 | M | D | |
| 182. -Fidelity Advisor FL Rate High Inc | | | | | Buy (add'l) | 1/12/12 | J | | |
| 183. | | | | | Sold | 12/3/12 | K | B | |
| 184. -Fidelity Advisor New Insights | | | | | Buy (add'l) | 01/12/12 | K | | |
| 185. | | | | | Sold | 12/3/12 | L | D | |
| 186. -Goldcorp Inc New | | | | | Buy | 04/10/12 | J | | |
| 187. | | | | | Sold | 10/31/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Harbor Capital Appreciation | | | | | Buy | 3/20/12 | L | | |
| 189.  -Hussman Strategic Growth | | | | | Buy | 11/15/12 | M | | |
| 190.  -iIshares Barclays Treas | | | | | Buy (add'l) | 01/17/12 | J | | |
| 191.  -iShares iBoxx Invest Grade Corp Bond Fd | | | | | Buy | 11/15/12 | L | | |
| 192.  -iShares MSCI EAFE ETF | | | | | Buy | 12/31/12 | K | | |
| 193.  -iShares Tr Russell 2000 Value Index Fd | | | | | Buy (add'l) | 1/17/12 | J | | |
| 194. | | | | | Sold | 12/3/12 | K | B | |
| 195.  -Matthews Asian Growth & Income Instl | | | | | Buy | 12/3/12 | M | | |
| 196.  -MFS International Diversification Fd | | | | | Buy (add'l) | 01/17/12 | J | | |
| 197. | | | | | Sold | 12/3/12 | L | D | |
| 198.  -PIMCO Commodity Real Return Instl | | | | | Buy (add'l) | 1/12/12 | J | | |
| 199.  -PIMCO Total Return Instl | | | | | Buy (add'l) | 01/12/12 | K | | |
| 200.  -Principal High Yield | | | | | Buy (add'l) | 1/17/12 | J | | |
| 201. | | | | | Sold | 12/3/12 | K | C | |
| 202.  -Schwab Government Securities | | | | | Buy | 8/30/12 | P1 | | |
| 203.  -SPDR Gold Trust | | | | | Buy | 04/10/12 | K | | |
| 204.  -SPDRs S&P 500Fd ETF | | | | | Buy | 12/3/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Templeton Global Bond Advisor | | | | | Buy (add'l) | 1/17/12 | J | | |
| 206. -T Rowe Price Large Cap Value | | | | | Buy | 12/3/12 | M | | |
| 207. -Vanguard Extended Market Index | | | | | Buy | 12/3/12 | M | | |
| 208. -Vanguard REIT ETF | | | | | Buy | 12/19/12 | L | | |
| 209. -Vanguard Short Term Bond Index Investor | | | | | Buy (add'l) | 1/12/12 | J | | |
| 210. | | | | | Sold | 12/3/12 | K | A | |
| 211. -Vanguard Index Trust Sm Cap Grwth Inv | | | | | Buy (add'l) | 1/12/12 | J | | |
| 212. | | | | | Sold | 12/3/12 | K | C | |
| 213. -Vanguard Total Bond Market | | | | | Buy | 12/3/12 | M | | |
| 214. Aberdeen Equity Long Short Fund | | None | | | Sold | 11/26/12 | J | A | |
| 215. Eaton Vance Atlanta Cap Smid Cap Fd | | None | | | Sold | 11/26/12 | J | B | |
| 216. Federated Strategic Value Dividend | A | Dividend | | | Sold | 11/26/12 | K | B | |
| 217. Absolute Strategies Institutional | A | Dividend | | | Sold | 11/26/12 | K | A | |
| 218. Goldman Sachs Short Duration T/F Instl | A | Dividend | | | Sold | 11/26/12 | K | A | |
| 219. T Rowe Price Instl Large Cap Growth | | None | | | Sold | 9/12/12 | K | C | |
| 220. Manning & Napier World Oppt Ser | A | Dividend | | | Sold | 11/26/12 | K | | |
| 221. Nuveen High Yield Municipal | A | Dividend | | | Sold | 11/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Oppenheimer Dev Markets Fd | | None | | | Sold | 11/26/12 | J | A | |
| 223. PIMCO Commodity Real Return Inst | | None | | | Sold | 11/26/12 | J | | |
| 224. Ridgeworth Invst Gr Tax Exempt Bd | A | Dividend | K | T | | | | | |
| 225. Rydex SGI Managed Futures Strat | | None | | | Sold | 11/26/12 | J | | |
| 226. Vanguard Short Term Tax Exempt Investor | A | Dividend | | | Sold | 11/15/12 | J | A | |
| 227. Variable Annuity Account (H) | | | | | | | | | |
| 228. -DWS VIP Small Cap | | | J | T | Buy | 10/26/12 | J | | |
| 229. -MFS International Value | | | J | T | Buy | 10/26/12 | J | | |
| 230. -PIMCO Low Duration | | | K | T | Buy | 10/26/12 | K | | |
| 231. -PIMCO VIT High Yield | | | J | T | Buy | 10/26/12 | J | | |
| 232. -PIMCO Total Return | | | L | T | Buy | 10/26/12 | L | | |
| 233. -Putnam VT Equity Income | | | K | T | Buy | 10/26/12 | K | | |
| 234. -Schwab S & P 500 | | | K | T | Buy | 10/26/12 | K | | |
| 235. -Templeton Foreign Securities | | | J | T | Buy | 10/26/12 | J | | |
| 236. -Van Eck VIP Global Bond | | | J | T | Buy | 10/26/12 | J | | |
| 237. -Van Eck VIP Global Hard Assets | | | J | T | Buy | 10/26/12 | J | | |
| 238. 529 Account (Y) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239.  -AF-Capital Income Builder | | | J | T | Buy | 11/21/12 | J | | |
| 240.  -AMCAP Fund 529F | | | J | T | Buy | 11/21/12 | J | | |
| 241.  -American High Income Tr | | | J | T | Buy | 11/21/12 | J | | |
| 242.  -Euro Pacific Growth Fund 529F | | | J | T | Buy | 11/21/12 | J | | |
| 243.  -Fundamental Investors 529F | | | J | T | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 09/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544